Per Curiam.
 

 Before the return of the
 
 ca. sa.
 
 the surrender is matter of right, and may be pleaded
 
 1.
 
 Ld. Ray. 156. and whilst this right continues the bail may plead the death of the principal in discharge, but not afterwards.
 
 *
 

 After the return of the ca.
 
 sa.
 
 and before the return of the first
 
 sci. fa.
 
 where
 
 scire feci
 
 is returned, or return of the second
 
 sci. fa.
 
 where two
 
 nihils,
 
 the court will allow of a surrender upon motion, as a matter of grace and
 
 favour ;
 
 but not
 
 ex debito jasticiae.
 

 (1)
 
 Thus stands the common law. The enquiry is whether the acts of assembly have made any alteration. By our law, a surrender may be made to the sheriff out of court, as well as within court; and it would seem without previous notice to the plaintiff; and this right of surrendering continues until final judgment is had against the bail.
 

 Thus it clearly appears to us,that, that which was matter of favour in England, is made matter of right by our law. When the legislature say that bail may surrender at any time before judgment against them it is not with us to say that we will ad
 
 *226
 
 mit of the surrender as matter of grace. By law we are obliged to do it. It results therefore as a plain inference, that the power of surrendering with us is on the same footing before, and after, the return of the
 
 ca. sa.
 
 In England whilst it continued matter of right to surrender, the death of the principal might be pleaded; so we think here; and as the bail have a right to surrender at any time before final judgment against them, they have a right to plead the death of the principal before that time. It would be absurd to say that the means of redress by pleading should not be co-extensive with the right of being discharged. Defect of remedy, and want of right are the same thing.
 

 Judgment of the county court affirmed.
 

 *
 

 Cro. J. 97. 2 Wils. 67. 5. T. R. 368
 

 (1)
 

 2 Ld. Ray. 721.